RECEIVED
APR 11 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HAYLIE LACOMBE | CIVIL ACTION 14-0014 |
| VERSUS | DISTRICT JUDGE DRELL |
| ALEJANDRO GAMEZ, et al | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motion to remand, doc. #6, be GRANTED and this matter be remanded to the 12th Judicial District Court, Parish of Avoyelles, State of Louisiana.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this __11__ day of April, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT